UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TERRY-LEE,<br><br>                Plaintiff,<br><br>vs.<br><br>NORTH VALLEY COUNTY<br>  WATER AND SEWER<br>  DISTRICT, ET AL,<br><br>                Defendant. | Case No. CV-15-43 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED: Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's Amended Complaint is DISMISSED without prejudice.

      Dated this 13th day of March, 2018.

                          TYLER P. GILMAN, CLERK

                          By: /s/ M. Stewart
                          M. Stewart, Deputy Clerk